# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## DOCKETING STATEMENT--CIVIL/AGENCY CASES

**Directions:** Counsel must make a **docketing statement (civil/agency) filed** entry in CM/ECF within 14 days of docketing of the appeal, or within the due date set by the clerk's docketing notice, whichever is later. File with the entry the (1) docketing statement form with any extended answers and (2) any transcript order form. Parties proceeding pro se are not required to file a docketing statement. Opposing counsel who finds a docketing statement inaccurate or incomplete may file any objections within 10 days of service of the docketing statement using the ECF event-**docketing statement objection/correction filed**.

| | |
|---|---|
| **Appeal No. & Caption** | PFLAG et al. v. Trump et al., No. 25-1279 |
| **Originating No. & Caption** | PFLAG et al. v. Trump et al., 8:25-cv-00337-BAH |
| **Originating Court/Agency** | District Court for the District of Maryland |

| **Jurisdiction** (answer any that apply) | | | |
|---|---|---|---|
| Statute establishing jurisdiction in Court of Appeals | 28 U.S.C. 1292(a) | | |
| Time allowed for filing in Court of Appeals | 60 days | | |
| Date of entry of order or judgment appealed | 3/4/2025 | | |
| Date notice of appeal or petition for review filed | 3/21/2025 | | |
| If cross appeal, date first appeal filed | | | |
| Date of filing any post-judgment motion | | | |
| Date order entered disposing of any post-judgment motion | | | |
| Date of filing any motion to extend appeal period | | | |
| Time for filing appeal extended to | | | |
| Is appeal from final judgment or order? | | ○ Yes | ◉ No |
| If appeal is not from final judgment, why is order appealable? A preliminary injunction is appealable under 28 U.S.C. 1292(a). | | | |

| **Settlement** (The docketing statement is used by the circuit mediator in pre-briefing review and mediation conducted under Local Rule 33. Counsel may make a confidential request for mediation by calling the Office of the Circuit Mediator at 843-731-9099.) | | | |
|---|---|---|---|
| Is settlement being discussed? | | ○ Yes | ◉ No |

1/28/2020 SCC

| **Transcript** (transcript order must be attached if transcript is needed and not yet on file) | | |
|---|---|---|
| Is transcript needed for this appeal? | ○ Yes | ⦿ No |
| Has transcript been filed in district court? | ⦿ Yes | ○ No |
| Is transcript order attached? | ○ Yes | ⦿ No |

| **Case Handling Requirements** (answer any that apply) | | |
|---|---|---|
| Case number of any prior appeal in same case | | |
| Case number of any pending appeal in same case | | |
| Identification of any case pending in this Court or Supreme Court raising similar issue | | |
| | If abeyance or consolidation is warranted, counsel must file an appropriate motion. | |
| Is expedited disposition necessary? | ○ Yes | ⦿ No |
| | If yes, motion to expedite must be filed. | |
| Is oral argument necessary? | ⦿ Yes | ○ No |
| Does case involve question of first impression? | ⦿ Yes | ○ No |
| Does appeal challenge constitutionality of federal or state statute in case to which federal or state government is not a party | ○ Yes | ⦿ No |
| | If yes, notice re: challenge to constitutionality of law must be filed. | |

**Nature of Case** (Nature of case and disposition below. Attach additional page if necessary.)

Plaintiffs have challenged two Executive Orders. Executive Order 14,168 is entitled "Defending Women From Gender Ideology Extremism and Restoring Biological Truth to the Federal Government." 90 Fed. Reg. 8615 (Jan. 20, 2025). Executive Order 14,187 is entitled "Protecting Children from Chemical and Surgical Mutilation." 90 Fed. Reg. 8771 (Jan. 20, 2025). Among other things, the Executive Orders direct federal agencies to pursue the stated policies by adopting, to the extent consistent with applicable law, certain funding restrictions. Plaintiffs allege, among other things, that the Executive Orders are ultra vires by violating federal statutes and that they violate the equal protection principles in the Fifth Amendment.

The district court enjoined the federal defendants from "from conditioning, withholding, or terminating federal funding under Section 3(g) of Executive Order 14,168 and Section 4 of Executive Order 14,187, based on the fact that a healthcare entity or health professional provides gender-affirming medical care to a patient under the age of nineteen."

**Issues** (Non-binding statement of issues on appeal. Attach additional page if necessary)

The issues on appeal include: (1) whether the case is ripe; (2) whether plaintiffs have a cause of action; (3) whether the district court erred in holding that the Executive Orders likely violate the separation of powers or federal statutes; (4) whether the the district court erred in holding that the Executive Orders likely violate equal protection principles; (5) whether the district court abused its discretion in evaluating the equities and balance of harms; and (6) whether the preliminary injunction's scope of relief extending beyond the plaintiffs violates Article III and equitable principles.

**Adverse Parties** (List adverse parties to this appeal and their attorneys; provide party's address if the party is not represented by counsel. Attach additional page if necessary.)

| Adverse Party: See Attached List | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

**Adverse Parties (continued)**

| Adverse Party: | Adverse Party: |
|---|---|
| Attorney:<br>Address: | Attorney:<br>Address: |
| E-mail: | E-mail: |
| Phone: | Phone: |

**Appellant** (Attach additional page if necessary.)

| | |
|---|---|
| Name: See attached list<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Appellant (continued)**

| | |
|---|---|
| Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: | Name:<br><br>Attorney:<br>Address:<br><br><br><br>E-mail:<br><br>Phone: |

**Signature:** s/ Joshua Dos Santos     **Date:** 4/7/2025

**Counsel for:** Appellants

**Certificate of Service** *(required for parties served outside CM/ECF)*: I certify that this document was served on _____ by ☐ personal delivery; ☐ mail; ☐ third-party commercial carrier; or ☐ email (with written consent) on the following persons at the addresses or email addresses shown:

| | |
|---|---|
| | |

Signature:            Date:

## Adverse Parties

PFLAG, Inc.;

American Association of Physicians for Human Rights, Inc. doing business as GLMA: Health Professionals Advancing LGBTQ Equality;

Unnamed individual plaintiffs: Gabe Goe, George Goe, Bella Boe, Bruce Boe, Cameron Coe, Claire Coe, Robert Roe, Rachel Roe, Lawrence Loe, Dylan Doe

**Attorneys representing adverse parties:**

Zachary Benjamin Cohen
Jenner & Block LLP
1099 New York Ave., NW
Washington, DC 20001
(202) 639-6058
Email: zcohen@jenner.com

Alexandra Johnson
American Civil Liberties Union Foundation
125 Broad Street
Ste 17th Floor
New York, NY 10004
212-549-2500
Email: a.johnson@aclu.org

Chase Strangio
American Civil Liberties Union
125 Broad St. 18th Fl.
New York, NY 10004
2122847320
Fax: 2125492650
Email: cstrangio@aclu.org

Danielle C.D. Stempel
Hogan Lovells US LLP
555 13th ST NW
Washington, DC 20004
202-804-7798
Email: danielle.stempel@hoganlovells.com

Deborah A Jeon
American Civil Liberties Union of Maryland Foundation
3600 Clipper Mill Rd Ste 350
Baltimore, MD 21211

14108898555
Fax: 14103667838
Email: jeon@aclu-md.org

Harper Samuel Seldin
American Civil Liberties Union Foundation
125 Broad Street
18th Floor
New York, NY 10004
212-549-2500
Email: hseldin@aclu.org

Jackson Bruce Skeen
Hogan Lovells US LLP
125 High Street
Suite 2010
Boston, MA 02110
703-774-4743
Email: jackson.skeen@hoganlovells.com

Jennifer C. Pizer
Lambda Legal Defense and Education Fund, Inc
800 South Figueroa Street
Suite 1260
Los Angeles, CA 90017
213-382-7600
Email: jpizer@lambdalegal.org

Jocelyn Ann Sitton
Jenner & Block
353 N Clark St
Chicago, IL 60654
312-840-7484
Email: jsitton@jenner.com

Joshua A Block
American Civil Liberties Union
125 Broad St. 18th Fl.
New York, NY 10004
2125492627
Fax: 2125492650
Email: jblock@aclu.org

Kaitlin Galindo
Jenner & Block
525 Market St, 29th Floor

San Francisco, CA 94105-2708
415-293-5950
Email: kgalindo@jenner.com

Karen Loewy
Lambda Legal Defense & Education Fund, Inc.
815 16th Street NW, Suite 4140
Washington, DC 20006
202-804-6245
Email: kloewy@lambdalegal.org

Kristina Alekseyeva
Hogan Lovells US LLP
555 Thirteenth Street, N.W.
Washington, DC 20004
202-804-7816
Email: kalekseyeva@gmail.com

Laura J. Edelstein
Jenner & Block LLP
525 Market Street
Ste 29th Floor
San Francisco, CA 94105
415-293-5943
Fax: 628-267-6859
Email: ledelstein@jenner.com

Lillian McGuire
Jenner & Block LLP
353 N. Clark Street
Chicago, IL 60654
3128407266
Fax: 7738824572
Email: LMcGuire@jenner.com

Madeleine V. Findley
Jenner & Block LLP
1099 New York Ave., NW
Suite 900
Washington, DC 20001
202-639-6095
Email: mfindley@jenner.com

Mary-Claire Spurgin
Jenner & Block LLP
1099 New York Ave., NW Suite 900

Washington, DC 20001
2026393869
Fax: 2026396066
Email: MSpurgin@jenner.com

Nora Huppert
Lambda Legal Defense and Education Fund, Inc.
3656 N Halsted St
Chicago, IL 60613-5974
847-345-2094
Email: nhuppert@lambdalegal.org

Omar Gonzalez-Pagan
Lambda Legal Defense and Education Fund Inc.
120 Wall St. 19th Fl.
New York, NY 10005
2128098585
Fax: 2128090055
Email: ogonzalez-pagan@lambdalegal.org

Rebecca Diamond
Jenner & Block
353 N Clark St
Chicago, IL 60654
312-840-7415
Email: RDiamond@jenner.com

Sam H. Zwingli
Hogan Lovells US LLP
555 Thirteenth St NW
Washington, DC 20004
202-637-5600
Fax: 202-637-5910
Email: sam.zwingli@hoganlovells.com

Zoe Michael Ginsberg
American Civil Liberties Union of Maryland
3600 Clipper Mill Rd.
Suite 200
Baltimore, MD 21211
667-219-2626
Email: zginsberg@aclu-md.org

## List of Appellants

DONALD J. TRUMP, in his official capacity as President of the United States

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES

Robert F. Kennedy Jr., in his official capacity as Secretary of the U.S. Department of Health and Human Services[1]

HEALTH RESOURCES AND SERVICES ADMINISTRATION

DIANA ESPINOSA, in her official capacity as Principal Deputy Administrator of the Health Resources and Services Administration

NATIONAL INSTITUTES OF HEALTH

MATTHEW J. MEMOLI, in his official capacity as Acting NIH Director

NATIONAL SCIENCE FOUNDATION

SETHURAMAN PANCHANATHAN, in his official capacity as Director of the National Science Foundation

**Attorneys representing appellants:**

Joshua Dos Santos
950 Pennsylvania Ave NW Rm 7224
Washington DC 20530
Joshua.y.dos.santos@usdoj.gov
202-353-0213

Gerard Sinzdak
950 Pennsylvania Ave NW Rm 7242
Washington DC 20530
gerard.j.sinzdak@usdoj.gov
202-514-0718

---

[1] The current Secretary of Health and Human Services has been automatically substituted under Fed. R. App. P. 43(c)(2).