FILED: May 9, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1279
(8:25-cv-00337-BAH)

_____

PFLAG, INC.; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality; GABE GOE, by and through his parent and next friend George Goe; GEORGE GOE; BELLA BOE, by and through her parent and next friend Bruce Boe; BRUCE BOE; CAMERON COE, by and through their parent and next friend Claire Coe; CLAIRE COE; ROBERT ROE, by and through his parent and next friend Rachel Roe; RACHEL ROE; LAWRENCE LOE; DYLAN DOE

    Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; HEALTH RESOURCES AND SERVICES ADMINISTRATION; DIANA ESPINOSA, in her official capacity as Principal Deputy Administrator of the Health Resources and Services Administration; NATIONAL INSTITUTES OF HEALTH; MATTHEW J. MEMOLI, in his official capacity as Acting NIH Director; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the National Science Foundation; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services

    Defendants - Appellants

 and

STATE OF WEST VIRGINIA

    Defendant

_____

O R D E R

_____

The court grants the motion to suspend briefing pending resolution of the motion for abeyance.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk