UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1279
(8:25-cv-00337-BAH)

_____

PFLAG, INC.; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN RIGHTS, INC., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality; GABE GOE, by and through his parent and next friend George Goe; GEORGE GOE; BELLA BOE, by and through her parent and next friend Bruce Boe; BRUCE BOE; CAMERON COE, by and through their parent and next friend Claire Coe; CLAIRE COE; ROBERT ROE, by and through his parent and next friend Rachel Roe; RACHEL ROE; LAWRENCE LOE; DYLAN DOE

    Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States; UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES; HEALTH RESOURCES AND SERVICES ADMINISTRATION; DIANA ESPINOSA, in her official capacity as Principal Deputy Administrator of the Health Resources and Services Administration; NATIONAL INSTITUTES OF HEALTH; MATTHEW J. MEMOLI, in his official capacity as Acting NIH Director; NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in his official capacity as Director of the National Science Foundation; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of Health and Human Services

    Defendants - Appellants

 and

STATE OF WEST VIRGINIA

    Defendant

------------------------------

DETRANSITIONERS; THE CATHOLIC HEALTH CARE LEADERSHIP ALLIANCE; THE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; THE NATIONAL CATHOLIC BIOETHICS CENTER; THE CATHOLIC MEDICAL ASSOCIATION; THE NATIONAL ASSOCIATION OF CATHOLIC NURSES, USA; AMERICAN COLLEGE OF PEDIATRICIANS; DO NO HARM, INC.; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF WYOMING

      Amici Supporting Appellant

CONSTITUTIONAL ACCOUNTABILITY CENTER; PUBLIC CITIZEN; INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION; CLINICAL PRACTICE GUIDELINE EXPERTS; AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL HEALTH ORGANIZATIONS; MASSACHUSETTS, 18 OTHER STATES, AND THE DISTRICT OF COLUMBIA

      Amici Supporting Appellee

-------------------

O R D E R

-------------------

Upon consideration of appellants' unopposed motion for a stay of briefing schedule in light of lapse of appropriations, the court grants the motion and suspends briefing pending further order of the court.

      For the Court--By Direction

      /s/ Nwamaka Anowi, Clerk