# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 25-1279, PFLAG Inc. v. Trump

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> West Virginia v. B.P.J., No. 24-43 (U.S.) (certiorari granted July 3, 2025), and Little v. Hecox, No. 24-38 (U.S.) (certiorari granted July 3, 2025), each raise the issue whether transgender individuals are a suspect class that triggers heightened scrutiny under the Equal Protection Clause of the Fourteenth Amendment. See Appellants' Op. Br. 48-49.

Signature: s/ Jacob Christensen       Counsel for: Appellants

Date: 10/28/2025

**File using event: RESPONSE/ANSWER (to Similar Case notice)**