UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: No. 25-1279, PFLAG, Inc. v. Donald Trump

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> West Virginia v. B.P.J., No. 24-43 and Little v. Hecox, No. 24-38 (U.S. Supreme Court), which challenge bans on transgender girls' participation in school sports under the Equal Protection Clause (both) and Title IX (B.P.J.).
>
> Anderson v. Crouch, No. 12-1927 (4th Cir.), which challenges West Virginia's Medicaid Program's coverage exclusion for gender-affirming surgery under the Equal Protection Clause, Section 1557 of the ACA, and the Medicaid Act.
>
> The above cases raise some similar, though not necessarily, overlapping issues.

Signature: /s/ Omar Gonzalez-Pagan　　Counsel for: Plaintiffs-Appellees

Date: 10/30/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)