# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## RESPONSE – SIMILAR CASES

Appeal No. & Caption: 25-1279

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> West Virginia v. B.P.K., Case No. 24-43 (U.S.) & Little v. Hecox, Case No. 24-38 (U.S.) - A challenge to state bans on participation in school sports by transgender girls.
>
> Anderson v. Crouch, Case No. 22-1927 (4th Cir.) - A challenge to West Virginia's exclusion of Medicaid coverage for surgical treatments for gender dysphoria.

Signature: /s/ D. Jean Veta          Counsel for: American Academy of Pediatrics and Additional National and State Medical and Mental Health Organizations

Date: 11/21/2025

**File using event:** RESPONSE/ANSWER (to Similar Case notice)