FILED: March 23, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1279
(8:25-cv-00337-BAH)

_____

PFLAG, INC.; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN
RIGHTS, INC., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality;
GABE GOE, by and through his parent and next friend George Goe; GEORGE GOE;
BELLA BOE, by and through her parent and next friend Bruce Boe; BRUCE BOE;
CAMERON COE, by and through their parent and next friend Claire Coe; CLAIRE
COE; ROBERT ROE, by and through his parent and next friend Rachel Roe;
RACHEL ROE; LAWRENCE LOE; DYLAN DOE

        Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States;
UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES;
HEALTH RESOURCES AND SERVICES ADMINISTRATION; DIANA
ESPINOSA, in her official capacity as Principal Deputy Administrator of the Health
Resources and Services Administration; NATIONAL INSTITUTES OF HEALTH;
MATTHEW J. MEMOLI, in his official capacity as Acting NIH Director;
NATIONAL SCIENCE FOUNDATION; SETHURAMAN PANCHANATHAN, in
his official capacity as Director of the National Science Foundation; ROBERT F.
KENNEDY, JR., in his official capacity as Secretary of the U.S. Department of
Health and Human Services

        Defendants - Appellants

 and

STATE OF WEST VIRGINIA

        Defendant

------------------------------

DETRANSITIONERS; THE CATHOLIC HEALTH CARE LEADERSHIP
ALLIANCE; THE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; THE
NATIONAL CATHOLIC BIOETHICS CENTER; THE CATHOLIC MEDICAL
ASSOCIATION; THE NATIONAL ASSOCIATION OF CATHOLIC NURSES,
USA; AMERICAN COLLEGE OF PEDIATRICIANS; DO NO HARM, INC.;
STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE
OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF
INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY;
STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI;
STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO;
STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH
DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH;
STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF WYOMING

       Amici Supporting Appellant

CONSTITUTIONAL ACCOUNTABILITY CENTER; PUBLIC CITIZEN;
INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION;
CLINICAL PRACTICE GUIDELINE EXPERTS; AMERICAN ACADEMY OF
PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND
MENTAL HEALTH ORGANIZATIONS; MASSACHUSETTS, 18 OTHER
STATES, AND THE DISTRICT OF COLUMBIA

       Amici Supporting Appellee

———————————————

O R D E R

———————————————

Upon consideration of the submissions relative to appellants' motion to resume

briefing schedule and to schedule oral argument, the court denies the motion.

For the Court

/s/ Nwamaka Anowi, Clerk