# UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

April 3, 2026

_____

RESPONSE REQUESTED

_____

No. 25-1279,   PFLAG, Inc. v. Donald Trump
               8:25-cv-00337-BAH

TO:   Appellees

RESPONSE DUE: 04/10/2026

Response is required to the motion for stay pending appeal on or before 04/10/2026.

A. Walker, Deputy Clerk
804-916-2702