IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| PFLAG, INC., et al.,<br><br>Plaintiffs-Appellees,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br><br>Defendants-Appellants. | No. 25-1279 |

**JOINT MOTION TO RESUME BRIEFING SCHEDULE AND TO SCHEDULE ORAL ARGUMENT**

Plaintiffs-Appellees and Defendants-Appellants respectfully request the Court to resume merits briefing in this matter and to set the following briefing schedule, and to schedule oral argument:

| | |
|---|---|
| Defendants-Appellants' Reply Brief | Due June 29, 2026 |
| Plaintiffs-Appellees' Surreply Brief | Due July 29, 2026 |
| Oral Argument | At the earliest available sitting |

1. Pursuant to this Court's original briefing schedule, ECF 17, Defendants-Appellants filed their opening brief on July 25, 2025, ECF 33. Plaintiffs-Appellees filed their corrected response brief on

September 22, 2025. ECF 58.

2. On October 1, 2025, this Court stayed the briefing schedule in light of the lapse of appropriations. ECF 78. The Court subsequently resumed briefing and ordered the reply brief to be filed on December 8, 2025. ECF 101. Before the reply was filed, the Court placed the case "in abeyance pending a decision by this court in *Anderson v. Crouch*, No. 22-1927." ECF 111.

3. On March 10, 2026, this Court issued its decision in *Anderson v. Crouch*, No. 22-1927. *See Anderson v. Crouch*, 169 F.4th 474 (4th Cir. 2026). The plaintiff-appellees in that case filed a petition for rehearing en banc, which this Court denied on May 29, 2026. *See* No. 22-1927, ECF 171.

4. The parties respectfully ask this Court to resume the briefing schedule in this case. The parties have conferred and propose that Defendants-Appellants file their reply brief by June 29, 2026, and that Plaintiffs-Appellees file a surreply brief (not exceeding 6,500 words) by July 29, 2026, to address new authorities raised in the reply and decided since the filing of Plaintiffs-Appellees' response brief.

5. The parties also respectfully ask the Court to schedule oral

argument in this case at the earliest available sitting.

Respectfully submitted,

*/s/ Joshua A. Block*
Joshua A. Block
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, Floor 18
New York, NY 10004
Telephone: (212) 549-2500
Facsimile: (212) 549-2650
jblock@aclu.org

*Counsel for Plaintiffs-Appellees*

BRETT A. SHUMATE
Assistant Attorney General

ERIC D. MCARTHUR
Deputy Assistant Attorney General

BRAD HINSHELWOOD

*/s/ Andrew Shi*
ANDREW SHI
*Attorneys, Appellate Staff*
*Civil Division, Room 7214*
*U.S. Department of Justice*
*950 Pennsylvania Avenue NW*
*Washington, DC 20530*
(202) 598-7722
Andrew.Shi@usdoj.gov

*Counsel for Defendants-Appellants*

June 5, 2026

## CERTIFICATE OF COMPLIANCE

I certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(2)(a) as it contains 290 words. I certify that the motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) as it is prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

*/s/ Andrew Shi*
ANDREW SHI