FILED:  June 8, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1279
(8:25-cv-00337-BAH)

_____

PFLAG, INC.; AMERICAN ASSOCIATION OF PHYSICIANS FOR HUMAN
RIGHTS, INC., d/b/a GLMA: Health Professionals Advancing LGBTQ Equality;
GABE GOE, by and through his parent and next friend George Goe; GEORGE
GOE; BELLA BOE, by and through her parent and next friend Bruce Boe;
BRUCE BOE; CAMERON COE, by and through their parent and next friend
Claire Coe; CLAIRE COE; ROBERT ROE, by and through his parent and next
friend Rachel Roe; RACHEL ROE; LAWRENCE LOE; DYLAN DOE

   Plaintiffs - Appellees

v.

DONALD J. TRUMP, in his official capacity as President of the United States;
UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES;
HEALTH RESOURCES AND SERVICES ADMINISTRATION; DIANA
ESPINOSA, in her official capacity as Principal Deputy Administrator of the
Health Resources and Services Administration; NATIONAL INSTITUTES OF
HEALTH; MATTHEW J. MEMOLI, in his official capacity as Acting NIH
Director; NATIONAL SCIENCE FOUNDATION; SETHURAMAN
PANCHANATHAN, in his official capacity as Director of the National Science
Foundation; ROBERT F. KENNEDY, JR., in his official capacity as Secretary of
the U.S. Department of Health and Human Services

   Defendants - Appellants

 and

STATE OF WEST VIRGINIA

   Defendant

------------------------------

DETRANSITIONERS; THE CATHOLIC HEALTH CARE LEADERSHIP ALLIANCE; THE CHRISTIAN MEDICAL & DENTAL ASSOCIATIONS; THE NATIONAL CATHOLIC BIOETHICS CENTER; THE CATHOLIC MEDICAL ASSOCIATION; THE NATIONAL ASSOCIATION OF CATHOLIC NURSES, USA; AMERICAN COLLEGE OF PEDIATRICIANS; DO NO HARM, INC.; STATE OF ALABAMA; STATE OF ALASKA; STATE OF ARKANSAS; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF IDAHO; STATE OF INDIANA; STATE OF IOWA; STATE OF KANSAS; STATE OF KENTUCKY; STATE OF LOUISIANA; STATE OF MISSISSIPPI; STATE OF MISSOURI; STATE OF NEBRASKA; STATE OF NORTH DAKOTA; STATE OF OHIO; STATE OF OKLAHOMA; STATE OF SOUTH CAROLINA; STATE OF SOUTH DAKOTA; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF UTAH; STATE OF VIRGINIA; STATE OF WEST VIRGINIA; STATE OF WYOMING

    Amici Supporting Appellants

CONSTITUTIONAL ACCOUNTABILITY CENTER; PUBLIC CITIZEN; INSTITUTE FOR CONSTITUTIONAL ADVOCACY AND PROTECTION; CLINICAL PRACTICE GUIDELINE EXPERTS; AMERICAN ACADEMY OF PEDIATRICS AND ADDITIONAL NATIONAL AND STATE MEDICAL AND MENTAL HEALTH ORGANIZATIONS; MASSACHUSETTS, 18 OTHER STATES, AND THE DISTRICT OF COLUMBIA

    Amici Supporting Appellees

_____

O R D E R

_____

Upon consideration of submissions relative to the joint motion to resume briefing schedule and to schedule oral argument, the court grants the motion to resume briefing as follows:

Reply brief due: 06/29/2026.

Sur-reply brief due: 07/29/2026.

The court defers consideration of counsels' motion to schedule oral argument pending assignment to a panel.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk