HOGAN LOVELLS
CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hlc.com

August 27, 2026

**BY CM/ECF**

Nwamaka Anowi, Clerk
United States Court of Appeals
for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

**Re:** *PFLAG, Inc. v. Trump*, No. 25-1279

Dear Ms. Anowi:

Far from supporting Defendants, *Trump v. California*, No. 26A124 (U.S. Aug. 24, 2026) (per curiam), highlights why Plaintiffs' claims are justiciable.

*First*, unlike in *California*, the uncontested facts before the District Court show that the Executives Orders themselves injured Plaintiffs by coercing hospitals into shutting down care. *See* Sur-Reply Br. 4-5. Hospitals "immediately paused or cancelled gender-affirming care for youth in direct response" to the Orders. Resp. Br. 13-14 (quoting JA935, JA937); *see* Sur-Reply Br. 8-10. Because the Orders themselves produced the challenged harms, this case does not depend on an "unduly long 'chain of inferences.' " Op. 4 (citation omitted). Nor did the Orders leave room for deviation: They directed agencies to act "immediately," Denial-of-Care Order § 4, and commanded them to "ensure" that federally funded institutions ended the targeted care, Gender-Identity Order § 3(g).

*Second*, even if agency implementation were necessary, agencies had already begun implementing the Orders by issuing blanket grant-termination and compliance directives. *See* Resp. Br. 9-10, 13-14; Sur-Reply Br. 4-5. There was therefore no need to "speculate" whether agencies would implement the Orders because they had already begun doing so. Op. 4.

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells Cadwalader" is an international legal practice that includes Hogan Lovells Cadwalader International LLP and Hogan Lovells Cadwalader US LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Charlotte Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Tokyo Washington, D.C. Associated Offices: Jakarta Shanghai FTZ. Business Services Centers: Johannesburg Louisville. For more information see www.hlc.com.

*Third*, Plaintiffs' injuries had already occurred. Individual Plaintiffs and PFLAG members lost access to scheduled medical care and GLMA members were forced to stop treating patients. *See* Resp. Br. 10-13; Sur-Reply Br. 6. Regardless of whether hospitals' concerns about losing federal funding were well-founded or self-inflicted, standing may rest on third parties' "predictable" reactions to government action. *Diamond Alternative Energy, LLC v. EPA*, 606 U.S. 100, 112 (2025) (citation omitted). Here, hospitals predictably responded to the Orders by discontinuing care, injuring Plaintiffs. *See Department of Com. v. New York*, 588 U.S. 752, 767-768 (2019) (finding third parties' actions "predictable" even when based on unfounded fears).

There is thus no need to "stack[] hypothetical on hypothetical to speculate" about what agencies may do in the future or whether future implementation might cause injury. Op. 5. The challenged Orders and their immediate implementation had already produced the injuries Plaintiffs challenge. *California* does not undermine the District Court's standing or ripeness holdings.

Respectfully submitted,

/s/ *Catherine E. Stetson*
Catherine E. Stetson

*Counsel for Plaintiffs-Appellees*

cc: All counsel of record (via CM/ECF)