**UNITED STATES COURT OF APPEALS**
**FOR THE FOURTH CIRCUIT**
1100 East Main Street, Suite 501, Richmond, Virginia 23219

September 16, 2026

---

RULE 46 ADDITIONAL COPIES

---

No. 25-1279, PFLAG, Inc. v. Donald Trump
8:25-cv-00337-BAH

**MUST BE RECEIVED IN CLERK'S OFFICE BY: 09/21/2026**

Counsel must file the copies indicated below by the due date shown. No ECF entry is required when filing paper copies. Send sealed **and** redacted versions of any brief requested. Send public **and** sealed volumes of any appendix requested. All paper copies must be **identical** as to cover, binding, page numbering, and other formatting, and must match the electronic copy. Noncompliance with the court's filing requirements may subject counsel to discipline pursuant to Local Rule 46(g).

| **Document** | **No. of Copies** | **Required From:** |
|---|---|---|
| Response Brief | 4 | appellees |
| Sur-Reply Brief | 4 | appellees |
| Amicus Brief | 4 | The Catholic Health Care Leadership Alliance; The Christian Medical & Dental Associations; The National Catholic Bioethics Center; Catholic Medical Association; and National Association of Catholic Nurses, USA |

/s/ NWAMAKA ANOWI, CLERK